AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 04, 2024

SEAN F. McAVOY, CLERK

SHEENIA K.,

_____
*Plaintiff*

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   1:23-cv-03120-EFS

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social
Security for calculation of benefits pursuant to sentence four of 42 U.S.C. § 405(g).
The Parties' Briefs, ECF Nos. 8 and 13, are TERMINATED.
JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge            EDWARD F. SHEA            on parties' motions.

Date:  03/04/2024_____

CLERK OF COURT

SEAN F. McAVOY

s/ Lilly Savchuk
_____
*(By) Deputy Clerk*

Lilly Savchuk